IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JOHN JORDAN, )
    Plaintiff, )
v. ) 1:11-00045
)
MICHAEL J. ASTRUE, Commissioner of Social )
Security, )
)
    Defendant. )

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends Plaintiff's Motion for Judgment on the Administrative Record, Document #14, be denied and the action be dismissed. No objections have been filed.

The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record by the Plaintiff, Document #14, is **DENIED**, the decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge